UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-23288-CIV-GOLD/McALILEY

SUE A. McDONALD

        Plaintiff,

vs.

MSC Crociere, S.A.,

        Defendants.

_____/

**ORDER ON PLAINTIFF'S NOTICE OF INTERLINEATION OF AMENDED COMPLAINT**

THIS CAUSE having come before the Court upon Plaintiff's Notice of Interlineation of Amended Complaint [DE 31] in which it seeks to further amend her Amended Complaint through interlineation. Because leave to amend must be granted, I construct Plaintiff's Notice as a Motion to Amend. Having reviewed the motion, and being otherwise duly advised on the premises, it is hereby

ORDERED AND ADJDUGED:

1. Plaintiff's Motion [DE 31] is GRANTED.

2. The Amended Complaint [DE 18] is amended through interlineation as follows:

    a. the word "resident" in paragraph 2 is changed to "citizen;" and

    b. the word "ordinary" is deleted from paragraph 8.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida this 29 day of May, 2008.

_____
Alan S. Gold
United States District Court Judge

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record