UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23288-CIV-GOLD-McALILEY

SUE A. McDONALD,

    Plaintiff,

vs.

MSC CROCIERE,

    Defendant.
_____/

### ORDER AMENDING COMPLAINT BY INTERLINEATION; DENYING MOTION TO DISMISS AS MOOT; SETTING DEADLINE FOR DEFENDANT'S RESPONSE

THIS CAUSE is before the Court *sua sponte*. On May 22, 2008, Defendant filed a motion to dismiss arguing, among other things, that the Amended Complaint did not properly plead the citizenship of the parties, and that Plaintiff had failed to state a cause of action for which relief could be granted [DE 29]. On May 29, 2008, I issued an Order granting Plaintiff's request to amend the Amended Complaint by interlineation [DE 32]. While Plaintiff's request was granted, the May 29 Order inadvertently excluded Defendant's second proposed amendment, which is to add to Paragraph 3 the following allegation:

> The Defendant MSC Crociere, S.A., is a foreign Corporation whose principal place of business is in Naples, Italy, and who therefore is a citizen of Italy and is for jurisdictional purposes diverse from the Plaintiff.

On June 3, 2008, counsel for both parites contacted my Chambers to inquire about the omission, and also indicated that they are in agreement that the amendment by interlineation has rendered moot Defendant's Motion to Dismiss [DE 29]. The parties

further advised that, pursuant to their agreement, Defendant would file its response to the Complaint by Friday, June 6, 2008.

Having reviewed the Motion to Dismiss, the amendments by interlineation, and having being informed of the parties' agreement on these matters, it is hereby

ORDERED AND ADJUDGED:

1. The Amended Complaint [DE 18] is amended through interlineation by adding the following language to Paragraph 3:

   a. The Defendant MSC Crociere, S.A., is a foreign Corporation whose principal place of business is in Naples, Italy, and who therefore is a citizen of Italy and is for jurisdictional purposes diverse from the Plaintiff.

2. Defendant's Motion to Dismiss [DE 29] is DENIED without prejudice as moot.

3. Defendant shall respond to the Amended Complaint on or before Friday, June 6, 2008.

ORDERED IN CHAMBERS at Miami, Florida this 4 day of June, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record