UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-23288-CIV-GOLD/McAliley

SUE A. McDONALD,

    Plaintiff,

vs.

MSC Crociere, S.A., a
Foreign Corporation,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INITIAL DISCOVERY

THIS CAUSE having come before the Court on Defendant's for Extension of Time to Respond to Plaintiff's Initial Discovery [DE 36], and the Court, having reviewed the motion, it is hereby

ORDERED AND ADJDUGED:

1. The Motion [DE 36] is GRANTED.

2. Defendant shall serve its responses to Plaintiff's Initial Discovery by July 7, 2008.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida this 13 day of June, 2008.



ALAN S. GOLD
United States District Court Judge

cc:
Counsel of record